AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Huennekens, Kevin R. | Virginia - Bankruptcy Court | 05/09/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

701 East Broad Street
Fifth Floor
Richmond, VA 23219-1888

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 05/09/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Wages Virginia Commonwealth University - Assistant Professor |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Marshal-Wythe School of Law, College of William and Mary | February 12-13, 2016 | Williamsburg, VA | Moot Court Competition | Transportation, Meals, Hotel Room |
| 2. | NCBJ | March 14-15, 2016 | San Antonio, TX | Attend Board Meeting at mid-year meeting | Transportation, Meal, Hotel Room |
| 3. | Virginia State Bar | March 17-18, 2016 | Fairfax, VA | Faculty for legal education seminar | Transportation, Meals, Hotel Room |
| 4. | American College of Bankruptcy | March 18-19, 2016 | Washington, DC | Attend Annual meeting | Transportation, Hotel Room |
| 5. | Northern Virginia Bankruptcy Bar Assoc | April 27-28, 2016 | Faifax, VA | Faculty for legal education seminar | Transportation, Meals, Hotel Room |

| Name of Person Reporting | Date of Report |
|---|---|
| **Huennekens, Kevin R.** | 05/09/2017 |

| | | | | |
|---|---|---|---|---|
| 6. | Virginia Bar Association | April 20-30, 2016 | Williamsburg, VA | Faculty for legal education seminar | Transportation, Meals, Hotel Room |
| 7. | Maryland Bar Association | May 12-14, 2016 | Annapolis, MD | Faculty for legal education seminar | Transportation, Meals, Lodging |
| 8. | Tidewater Bankruptcy Bar Association | May 19-21, 2016 | Virginia Beach, VA | Faculty for legal education seminar | Transportation, Meals, Hotel Room |
| 9. | Turnaround Management Association | June 7-9, 2016 | Atlantic City, NJ | Faculty for legal education seminar | Transportation, Meals & Hotel Room |
| 10. | American Bankruptcy Institute | August 4-7, 2016 | Cambridge, MD | Faculty for legal educaton program | Transportation, Meals & Hotel Room |
| 11. | Virginia State Bar | September 15-17, 2016 | Charlottesville, VA | Faculty for legal educaton program | Transportation, Meals & Hotel Room |
| 12. | International Bar Accociation | September 20-21, 2016 | Washington, DC | Faculty for legal educaton program | Transportation, Meals & Hotel Room |
| 13. | American Bankruptcy Institute | October 6-7, 2016 | Washington, DC | Faculty for legal educaton program | Transportation, Meals & Hotel Room |
| 14. | NCBJ | October 25-29, 2016 | San Francisco, California | Attend Board Meeting at annual meeting | Transportation, Meals & Hotel Room |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**☑** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**☑** NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual adjustable Complife Policy | C | Dividend | L | T | | | | | |
| 2. First Nat'l Bank of Omaha - Health Savings Account | A | Interest | J | T | | | | | |
| 3. IRA for MEH IMLBX | A | Int./Div. | K | T | | | | | |
| 4. Wells Fargo Savings Account | A | Interest | J | T | | | | | |
| 5. Suntrust Checking Account | A | Interest | J | T | | | | | |
| 6. Wells Fargo Advisors Cap Account | A | Interest | K | T | | | | | |
| 7. IRA #1 for KRH | D | Int./Div. | N | T | | | | | |
| 8. - cash and sweep ballances in Wells Fargo Account | A | Interest | J | T | | | | | |
| 9. - IJR | A | Int./Div. | K | T | Sold (part) | 03/30/16 | J | B | |
| 10. | | | | | Sold (part) | 04/28/16 | J | B | |
| 11. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 12. | | | | | Sold (part) | 11/28/16 | J | A | |
| 13. - CIU | A | Int./Div. | | | Sold (part) | 03/30/16 | J | A | |
| 14. | | | | | Sold | 04/28/16 | K | C | |
| 15. - LQD | A | Int./Div. | | | Sold (part) | 01/07/16 | J | A | |
| 16. | | | | | Sold | 02/11/16 | J | A | |
| 17. - CSJ | A | Interest | L | T | Sold (part) | 03/30/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 08/16/16 | J | A | |
| 19.   - DBC | A | Int./Div. | J | T | Buy (add'l) | 01/07/16 | J | | |
| 20. | | | | | Sold (part) | 03/30/16 | J | A | |
| 21. | | | | | Sold (part) | 08/16/16 | J | A | |
| 22.   - JNK | A | Interest | J | T | Sold (part) | 03/30/16 | J | | |
| 23.   - VWO | A | Int./Div. | K | T | Buy (add'l) | 02/11/16 | J | | |
| 24. | | | | | Sold (part) | 03/30/16 | J | A | |
| 25. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 26.   - VEA | A | Int./Div. | K | T | Buy (add'l) | 01/07/16 | J | | |
| 27. | | | | | Buy (add'l) | 02/11/16 | K | | |
| 28. | | | | | Sold (part) | 03/30/16 | J | A | |
| 29. | | | | | Sold (part) | 04/28/16 | J | A | |
| 30. | | | | | Buy (add'l) | 05/24/16 | J | | |
| 31. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 32.   - IJH | B | Int./Div. | L | T | Sold (part) | 03/30/16 | J | A | |
| 33. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 34. | | | | | Sold (part) | 12/06/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - XLF | A | Int./Div. | K | T | Sold (part) | 03/30/16 | J | A | |
| 36. - XLV | A | Int./Div. | K | T | Sold (part) | 03/30/16 | J | A | |
| 37. | | | | | Buy (add'l) | 05/24/16 | J | | |
| 38. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 39. - XLY | A | Int./Div. | K | T | Sold (part) | 03/30/16 | J | A | |
| 40. - XLI | A | Int./Div. | J | T | Sold (part) | 03/24/16 | J | A | |
| 41. | | | | | Sold (part) | 03/30/16 | J | A | |
| 42. - VNQ | A | Int./Div. | K | T | Buy (add'l) | 01/07/16 | J | | |
| 43. | | | | | Sold (part) | 03/30/16 | J | A | |
| 44. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 45. - VOX | | None | J | T | Sold (part) | 03/30/16 | J | | |
| 46. | | | | | Sold (part) | 05/24/16 | J | A | |
| 47. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 48. - XLP | A | Int./Div. | J | T | Sold (part) | 03/30/16 | J | A | |
| 49. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 50. | | | | | Sold (part) | 11/28/16 | J | A | |
| 51. - VGT | A | Int./Div. | K | T | Sold (part) | 03/30/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/23/16 | J | A | |
| 53.  - XLB | A | Int./Div. | J | T | Sold (part) | 03/30/16 | J | A | |
| 54.  - XLE | A | Int./Div. | J | T | Sold (part) | 11/08/16 | J | A | |
| 55.  - BND | A | Interest | J | T | Sold (part) | 03/30/16 | J | A | |
| 56. | | | | | Sold (part) | 08/16/16 | J | A | |
| 57.  - EWU | | None | | | Sold | 02/11/16 | J | A | |
| 58.  - IGN | | None | | | Sold | 01/07/16 | J | A | |
| 59.  - EWW | | None | | | Sold | 02/11/16 | J | | |
| 60.  - FEZ | | None | | | Sold | 02/11/16 | K | B | |
| 61.  - XRT | A | Int./Div. | J | T | Sold (part) | 03/30/16 | J | A | |
| 62.  - ECON | A | Int./Div. | J | T | Sold | 08/16/16 | J | A | |
| 63.  - EWG | | None | | | Sold | 02/11/16 | J | B | |
| 64.  - IEF | | None | | | Sold (part) | 01/07/16 | J | A | |
| 65. | | | | | Sold (part) | 03/30/16 | J | A | |
| 66. | | | | | Sold | 04/28/16 | J | A | |
| 67.  - PFF | A | Int./Div. | J | T | | | | | |
| 68.  - SPY | A | Int./Div. | J | T | Sold (part) | 03/24/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/30/16 | J | A | |
| 70. - AGG | A | Interest | L | T | Buy | 04/28/16 | K | | |
| 71. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 72. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 73. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 74. - HYG | A | Interest | J | T | Buy | 03/24/16 | J | | |
| 75. | | | | | Sold (part) | 03/30/16 | J | A | |
| 76. - PCY | | None | J | T | Buy | 08/16/16 | J | | |
| 77. - XLRE | | None | J | T | Buy | 09/22/16 | J | | |
| 78. - VGK | | None | | | Buy | 02/11/16 | K | | |
| 79. | | | | | Sold (part) | 04/28/16 | J | | |
| 80. | | | | | Sold | 05/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Huennekens, Kevin R. | 05/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 7 - Entry isted in Column A is a header. Each asset held in this account is listed seperately at lines 8 through 80..

.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin R. Huennekens**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544